STEPHEN L. COHEN, *pro hac vice*
Securities and Exchange Commission
100 F Street, N.E.
Washington DC 20549-4030
Telephone: (202) 551-4472
Facsimile: (202) 772-9245
Email: CohenS@sec.gov

LOCAL COUNSEL:
JOHN B. BULGOZDY
Cal Bar. No. 219897
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648
Telephone: (323) 965-3877
Facsimile: (323) 965-3908
Email: BulgozdyJ@sec.gov

Attorneys for Plaintiff U.S. Securities
and Exchange Commission

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TRI ENERGY, INC., et al.<br><br>Relief Defendant. | Case No. ED CV 05-351 AG(MANx)<br><br>**FINAL JUDGMENT AS TO RELIEF DEFENDANT R.P.J. INVESTMENT GROUP, INC.** |

The Securities and Exchange Commission ("Commission"), having filed and served an Amended Complaint, and relief defendant R.P.J. Investment Group, Inc. ("Relief Defendant"), having answered the Amended Complaint; consented to the

1

Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Judgment without admitting or denying the allegations of the Amended Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Judgment:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement of $7,364 representing monies unlawfully gained as a result of the conduct alleged in the Amended Complaint. Relief Defendant shall satisfy this obligation by relinquishing all legal and equitable right, title, and interest in $7,364 frozen by the Court and currently in the possession of the receiver pursuant to an order entered on May 3, 2005. Relief Defendant shall provide a cover letter to the Court identifying that Relief Defendant is relinquishing its rights in the funds pursuant to this Final Judgment and that R.P.J Investment Group, Inc. is a relief defendant in this action; and setting forth the title and civil action number of this action and the name of this Court. Relief Defendant shall simultaneously transmit a photocopy of the letter to the Commission's counsel in this action. Relief Defendant relinquishes all legal and equitable right, title, and interest in such funds, and no part of the funds, or any interest earned on the funds, shall be returned to Relief Defendant.

**II.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent of Relief Defendant is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

**III.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall retain jurisdiction over this action for all purposes, including implementing and enforcing the terms of this Judgment and all other orders and decrees which have been or may be entered in this case, and granting such other relief as the Court may deem necessary and just.

**IV.**

There being no just reason for delay, the Clerk of the Court is hereby directed, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, to enter this Judgment.

Dated: April 09, 2008

HONORABLE ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE